Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - ALL | **DATE** | 2/16/2008 |
| **CASE TITLE** | USA vs. Maria Avila, et al. | | |

**DOCKET ENTRY TEXT**

Initial proceeding held on 2/16/2008 as to Maria Avila (1); Rafael Quijada-Quijada (2); Ramon Ignacio Acedo (3) and Jose Eduardo Cisneros-Rubio (4).   Defendants appears in response to the arrest on 2/15/08. Defendants informed of their rights.  Enter order appointing Alison Siegler of the Federal Defender Program as counsel for defendants for initial appearances only.  Government's oral motion to detain defendants is entered and continued to 2/21/08 at 3:00 p.m.  Preliminary examination is set for 2/21/08 at 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15



| | Courtroom Deputy Initials: | yp |
|---|---|---|