# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Avila FOR: [FILED FEB 16 2008 / 2-16-08 / MAGISTRATE JUDGE MARIA VALDEZ / UNITED STATES DISTRICT COURT]

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Maria Avila

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate: 
- District Court: 08 cr 140-1
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: Dec 2007
- How much did you earn per month? $ 400
- If married is your Spouse employed? N/A ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
  - $1800/mo — IRS–Seasonal employment–clerk (Jan–May 2007)
  - $800/mo — JC Penney – 3 (Jan–May 2007)
  - Food Stamps

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 4,000 — Mitsubishi Gallant

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (☐ SINGLE, ☐ MARRIED, ☐ WIDOWED)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: son

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Apartment or Home / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| rent | $ | $ 850 |
| utilities | $ | $ 150 |
| Credit card | $ 500 | $ 40 |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 2/16/08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): *[signed]*