## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/21/2008. Linda Amdur's is granted leave to appear as counsel for defendant. Allison Siegler's appearance is hereby withdrawn. Oral argument heard in open court. For the reasons stated in open Court, Government's oral motion to detain defendant is denied. Bond hearing set for 2/25/08 at 1:30 p.m. Third party custodian shall be admonished by the District Magistrate Judge in El Paso, Texas. Defendant's oral motion to continue preliminary examination to 2/27/08 at 1:00 p.m. is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|