# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 140 - 1 | DATE | 2/25/2008 |
| CASE TITLE | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Status hearing on bond conditions held on 2/25/2008 as to Maria Avila (1). Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|