## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held on 2/27/08 as to Maria Avila (1). Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|