## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Enter Amended Order Setting Conditions of Release with Proxy's signature of Luis Avila dated 2/26/08.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|