FILED
MAR 13 2008
MAR 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE GETTLEMAN** |
| | ) No. 08 CR 140 | |
| v. | ) | **MAGISTRATE JUDGE VALDEZ** |
| | ) | |
| MARIA AVILA, | ) Violations: Title 21, United States |
| also known as Sandra, | ) Code, Sections 841(a)(1) and 846; |
| RAFAEL QUIJADA-QUIJADA, and | ) Title 18, United States Code, |
| RAMON IGNACIO ACEDO | ) Section 2 |

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

From on or about February 4, 2008, and continuing until on or about February 15, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

> MARIA AVILA,
> also known as Sandra
> RAFAEL QUIJADA-QUIJADA, and
> RAMON IGNACIO ACEDO,

defendants herein, conspired with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of five kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 15, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

            MARIA AVILA,
           also known as Sandra
     RAFAEL QUIJADA-QUIJADA, and
      RAMON IGNACIO ACEDO,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of five kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                                A TRUE BILL:

                                _____
                                FOREPERSON

_____
UNITED STATES ATTORNEY