UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 140 |
| | ) | Honorable Maria Valdez |
| MARIA AVILA, | ) | |
| Defendant. | ) | |

**DEFENDANT MARIA AVILA'S AGREED MOTION
TO EXTEND DATE FOR ARRAIGNMENT AND
TO PROVIDE TRANSPORTATION AND SUBSISTENCE EXPENSES**

Now comes Defendant Maria Avila, by her attorney, Linda Amdur, and moves for entry of an order to extend arraignment date and for entry of an order, pursuant to 18 U.S.C. §4285, for transportation and subsistence expenses in the above numbered and entitled cause for the Defendant's travel from El Paso, Texas, to Chicago and from Chicago to El Paso, Texas, for purposes of attending court in the Northern District of Illinois on April 1, 2008. In support of this agreed motion, the following is offered:

1. On February 21, 2008, this Honorable Court found Defendant Maria Avila financially unable to obtain adequate representation in the above-captioned matter and appointed counsel pursuant to the Criminal Justice Act.

2. Ms. Avila's case is currently set for arraignment on March 21, 2008 at 10:00 am before this Court.

3. Undersigned counsel is unavailable on March 21, 2008 for purposes of representing Ms. Avila at said arraignment.

1

4. Counsel and Ms. Avila request that this Court reset the date for arraignment to the date of April 1, 2008 at 10:00 am.

5. Furthermore, Ms. Avila lives in El Paso, Texas, and cannot afford her transportation to Chicago and back to El Paso, Texas and requests transportation expenses.

6. AUSA Christopher Veatch agrees to this Motion for extension of arraignment date to the date of April 1, 2008, and agrees to transportation expenses for Ms. Avila's appearance in court on April 1, 2008.

Wherefore, Defendant Maria Avila requests that this Court extend Ms. Avila's arraignment to the date of April 1, 2008, and that this Court enter an order directing the United States Marshal pursuant to 18 U.S.C. § 4285 to arrange for her non-custodial transportation or furnish the round trip fare for transportation and subsistence from El Paso, Texas to Chicago Illinois, for court appearance on April 1, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 140 |
| | ) | Honorable Maria Valdez |
| MARIA AVILA, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Maria Avila's Agreed Motion To Extend Date For Arraignment and To Provide Transportation and Subsistence Expenses was served pursuant to the district court's ECF system as to ECF filers on March 20, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999