UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | )   No. 08 CR 140 |
| | )   Honorable Maria Valdez |
| MARIA AVILA, | ) |
|         Defendant. | ) |

**NOTICE OF MOTION**

To:    Christopher Veatch
        Asst. U.S. Attorney
        219 So. Dearborn
        5th Floor
        Chicago, IL 60604

Please take Notice that on Tuesday, April 1, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Maria Valdez in the courtroom usually occupied by her in the Federal Dirksen Courthouse at 219 So. Dearborn, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present Defendant Maria Avila's Agreed Motion To Extend Date For Arraignment and To Provide Transportation and Subsistence Expenses.

                                                          S/Linda Amdur
                                                          Linda Amdur, Attorney for
                                                          Defendant Maria Avila
                                                          53 West Jackson Blvd.
                                                          Suite 1503
                                                          Chicago, IL 60604
                                                          (312) 347-9999

**CERTIFICATE OF SERVICE**

I, Linda Amdur, an attorney, certify that I served a copy of the above Notice, together with copy of Motion upon the AUSA named above by Electronic Case Filing (ECF) on March 20, 2008.

                                                           S/Linda Amdur