# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 1 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Granting Defendant's Motion to Extend Arraignment Date and Provide Transportation and Subsistence Expenses.  Arraignment is reset for 4/1/08 at 10:00 a.m.  before Magistrate Judge Maria Valdez in Courtroom no. 1300.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | yp |
|---|---|---|