UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|         Plaintiff,        ) | |
| vs.        ) | No. 08 CR 140 |
|         )     | Honorable Maria Valdez |
| MARIA AVILA,        ) | |
|         Defendant.        ) | |

**DEFENDANT AVILA'S AGREED EMERGENCY MOTION TO RESET
DATE OF ARRAIGNMENT**

Now comes Defendant Maria Avila, by her attorney, Linda Amdur, and moves to reset date of arraignment from April 1, 2008, to date of April 14, 2008, based upon immediate medical emergency.  In support of this Motion, the following is offered:

1. On February 15, 2008, Maria Avila was arrested and charged with possessing with intent to distribute and distributing in excess of 5 kilograms of cocaine in violation of 21 U.S.C. §841(a).

2. Ms. Avila's case is currently set for arraignment on April 1, 2008, at 10:00 am before this Court.

3. On March 30, 2008, Ms. Avila was in an accident and sustained three fractures to her arm.  She is currently scheduled for surgery in El Paso, Texas, on April 1, 2008.

4. At this time, Ms. Avila requests that this Court strike her currently scheduled arraignment date of April 1, 2008, and reset her arraignment to the date of April 14, 2008.

5. AUSA Christopher Veatch  no objection to resetting the arraignment to the date of

1

April 14, 2008.

    Wherefore, Defendant Maria Avila moves to reset the date of arraignment of April 1, 2008, to the date of April 14, 2008, based upon immediate medical emergency.

                                  Respectfully submitted,

                                  <u>S/Linda Amdur</u>
                                  Linda Amdur, Attorney for
                                  Defendant Maria Avila

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 140 |
| | ) | Honorable Maria Valdez |
| MARIA AVILA, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Avila's Agreed Emergency Motion To Reset Date of Arraignment was served pursuant to the district court's ECF system as to ECF filers on March 31, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999