UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | |
| ) | |
| vs.       ) | No. 08 CR 140 |
| ) | Honorable Maria Valdez |
| ) | |
| MARIA AVILA,       ) | |
| Defendant.       ) | |

**NOTICE OF MOTION**

To:  Christopher Veatch
     Asst. U.S. Attorney
     219 So. Dearborn
     5th Floor
     Chicago, IL 60604

Please take Notice that on Tuesday, April 1, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Maria Valdez in the courtroom usually occupied by her in the Federal Dirksen Courthouse at 219 So. Dearborn, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present Defendant Maria Avila's Agreed Emergency Motion To Reset Date Of Arraignment.

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

**CERTIFICATE OF SERVICE**

I, Linda Amdur, an attorney, certify that I served a copy of the above Notice, together with copy of Motion upon the AUSA named above by Electronic Case Filing (ECF) on March 31, 2008.

S/Linda Amdur