**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                          Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08–cr–00140
　　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman
Maria Avila, et al.
　　　　　　　　　　　　　　Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

     MINUTE entry before Judge Honorable Maria Valdez: Defendant's motion to reset date of Arraignment [68] is granted as to Maria Avila (1). Arraignment is reset for 4/15/2008 at 10:00 AM. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.