UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br> )<br> )<br>vs. )<br> )<br> )<br>MARIA AVILA, )<br>         Defendant. ) | No. 08 CR 140<br>Honorable Maria Valdez |

## NOTICE OF MOTION

To: Christopher Veatch
Asst. U.S. Attorney
219 So. Dearborn
5th Floor
Chicago, IL 60604

    Please take Notice that on Thursday April 10, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Maria Valdez in the courtroom usually occupied by her in the Federal Dirksen Courthouse at 219 So. Dearborn, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present Defendant Maria Avila's Agreed Motion To Provide Transportation and Subsistence Expenses.

                                        S/Linda Amdur
                                        Linda Amdur, Attorney for
                                        Defendant Maria Avila
                                        53 West Jackson Blvd.
                                        Suite 1503
                                        Chicago, IL 60604
                                        (312) 347-9999

## CERTIFICATE OF SERVICE

    I, Linda Amdur, an attorney, certify that I served a copy of the above Notice, together with copy of Motion upon the AUSA named above by Electronic Case Filing (ECF) on April 7, 2008.

                                        S/Linda Amdur