## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140-1 - 1 | **DATE** | 4/09/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Defendant, Maria Avila's agreed motion to provide transportation and subsistence expenses [72] is granted. Presentment date of 4/10/08 on said motion is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|