## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 1 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Maria Avila | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/15/08 as to Maria Avila (1). Defendant enters plea of not guilty to all counts. 16.1(a) conference to be held by 4/22/08. Pretrial motions are to be filed by 4/29/08. Status hearing set for 4/29/08 at 9:15 a.m. before Judge Gettleman. Government's oral motion to exclude time is granted. Enter excludable time from 4/15/08 to 4/29/08 pursuant to 18:3161(h)(1)(F).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | yp |
|---|---|---|