# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 Cr 140 -1 | **DATE** | 4/24/2008 |
| **CASE TITLE** | U S A   vs   Maria Avila | | |

**DOCKET ENTRY TEXT:**

Defendant's agreed motion [82] to provide transportation and subsistence expenses is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|