

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>vs. )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>MARIA AVILA, )<br>　　　　　Defendant. ) | No. 08 CR 140<br>Honorable Robert W. Gettleman |

### AGREED ORDER TO PROVIDE TRANSPORTATION
### AND SUBSISTENCE EXPENSES

This matter coming to be heard upon Motion of Defendant Maria Avila, by her attorney, Linda Amdur, and agreed to by AUSA Christopher Veatch, to provide transportation and subsistence expenses in the above entitled cause for Defendant's travel to and from the Northern District of Illinois to attend court on April 29, 2008, in the Northern District of Illinois, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

That Defendant Maria Avila's date for arraignment is currently set for the date of April 29, 2008, at 9:15 am., and that the United States Marshal pursuant to 18 USC §4285 is to arrange for the Defendant's non-custodial transportation or furnish the round trip fare for transportation from El Paso, Texas, to Chicago, Illinois, and furnish the Defendant with the amount of money for subsistence expenses for purposes of attending court on April 29, 2008. Said cost is to be paid out of the funds authorized by the Attorney General for such travel and subsistence expense. Certification of this Order shall be without cost.

ENTER: April 24, 2008

_____
JUDGE

Linda Amdur
Attorney for Defendant Maria Avila
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999
FAX (312) 922-4999