UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,vs.MARIA AVILA,     Defendant. | )))))))))) No. 08 CR 140Honorable Robert W. Gettleman |

**DEFENDANT MARIA AVILA'S STATEMENT OF COMPLIANCE
WITH RULE 16.1**

Now comes Defendant Maria Avila, by her attorney, Linda Amdur, pursuant to Local Criminal Rule 16.1 and states as follows:

1. The government made delivery of its 16.1 material to defense counsel on March 26, 2008, and April 16, 2008.

2. The delivery was from Assistant United States Attorney Christopher Veatch.

3. The following items were delivered pursuant to Local Criminal Rule 16.1 and Rule 16 of the Federal Rules of Criminal Procedure:

– statements of defendants

– copies of defendants' criminal histories

– surveillance reports

– CD containing recordings of meetings of defendant Avila with undercover government agent and undercover informant and recordings of telephone conversations between Defendant Avila and undercover government agent and undercover informant

– vehicle records, hotel records, and Southwest Airlines records, and inventory sheets

At this time Defendant Maria Avila files the attached pretrial motions, and makes specific requests regarding Brady and Giglio material.

                                                Respectfully submitted,

                                                S/Linda Amdur
                                                Linda Amdur, Attorney for
                                                Defendant Maria Avila

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|         Plaintiff,        ) | |
|                        ) | |
| vs.        ) | No. 08 CR 140 |
|                        ) | Honorable Robert W. Gettleman |
| MARIA AVILA,        ) | |
|         Defendant.        ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Maria Avila's Statement of Compliance With Rule 16.1 was filed and served pursuant to the district court's ECF system as to ECF filers on April 28, 2008.

                                          Respectfully submitted,

                                          S/Linda Amdur
                                          Linda Amdur, Attorney for
                                          Defendant Maria Avila

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999