# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **vs.** ) | **No. 08 CR 140** |
| ) | **Honorable Robert W. Gettleman** |
| ) | |
| **MARIA AVILA,** ) | |
| **Defendant.** ) | |

## DEFENDANT MARIA AVILA'S MOTION
## FOR EARLY RETURN OF SUBPOENAS

Now comes Defendant Maria Avila, by her attorney, Linda Amdur, pursuant to

Rule 17 ( c ) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the United

States Constitution, and moves this Court for the entry of an order permitting the early return of

trial subpoenas.


Respectfully submitted,


S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila


Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                       Plaintiff,    )
                                )
                                )
      vs.                    )     No. 08 CR 140
                                )     Honorable Robert W. Gettleman
                                )
MARIA AVILA,                )
                 Defendant.    )

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Maria Avila's  Motion For Early Return of Subpoenas was filed and served pursuant to the district court's ECF system as to ECF filers on April 28, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Maria Avila

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999