# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                             Case No.: 1:08−cr−00140
                                          Honorable Robert W. Gettleman

Maria Avila, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman: as to Maria Avila: Defendant's motions for disclosure [88][89] are granted as the government acknowledges Brady requirements. Defendant's motion [90] for early return on subpoenas is granted. Defendant's motion [91] for additional time to file pretrial motions is granted. Defendant's additional pretrial motions are due by 5/22/2008. Status hearing held on 4/29/2008. the Court deems the period of time from 4/29/2008 through 5/22/2008 excludable under 18 USC Sect. 3161(h)(1)(F). Status hearing set for 5/22/2008 at 10:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.