## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 Cr 140 -1 | DATE | 5/15/2008 |
| CASE TITLE | U S A   vs   Maria Avila | | |

**DOCKET ENTRY TEXT:**

Agreed Order to provide transportation and subsistence expenses entered. The US Marshal is to arrange for defendant's round trip transportation from El Paso, Texas, to Chicago, Ill, and furnish defendant with money for subsistence expenses for attending court on 5/22/2008.

[For further detail see separate order]
[Docketing to mail notice]

00:00

Page 1 of 2