# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 -1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | 08CR 140    USA   V   Maria Avila | | |

**DOCKET ENTRY TEXT**

Agreed order to provide transportation and subsistence expenses entered. The US Marshal is to arrange for defendant's round trip transportation from El Paso, Texas, to Chicago, Il. and furnish defendant with money for subsistence expenses foer attending court on 6/5/2008, at 10:30 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|
| | | |

U.S. DISTRICT COURT    2008 MAY 22 PM 2:26    FILED