# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 Cr 140 -1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | U S A vs Maria Avila | | |

**DOCKET ENTRY TEXT:**

Agreed order to provide transportation and subsistence expenses entered. The US Marshal is to arrange for non-custodial transortation and subsistence expenses for defendant.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -8 PM 2:30
FILED-EOD