UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                    Plaintiff,
v.                                              Case No.: 1:08–cr–00140
                                                Honorable Robert W. Gettleman
Maria Avila, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: as to Maria Avila, Status hearing held on 7/10/2008. Defendant's bond is enlarged to permit her to travel to Juarez, Mexico, from 7/19/2008 through 7/20/2008. Status hearing set for 8/21/2008 at 09:15 a.m. The Court deems the period of time from 7/10/2008 through 8/21/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.