# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 -1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | U S A   vs   Maria Avila | | |

**DOCKET ENTRY TEXT:**

Order the US Marshal provide round trip transportation from El Paso, Texas, to Chicago, Il. and furnish defendant with money for subsistencde expenses for attaending counrt on 8/28/2008.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|