## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **No. 08 CR 140** |
| | ) | **Honorable Robert W. Gettleman** |
| | ) | |
| | ) | |
| | ) | |
| **MARIA AVILA,** | ) | |
| **Defendant.** | ) | |

### AGREED ORDER TO PROVIDE TRANSPORTATION
### AND SUBSISTENCE EXPENSES

This matter coming to be heard upon Motion of Defendant Maria Avila, by her attorney,

Linda Amdur, and agreed to by AUSA Christopher Veatch, to provide transportation and

subsistence expenses in the above entitled cause for Defendant's travel to and from the Northern

District of Illinois to attend court on August 28, 2008, at 9:15 am in the Northern District of

Illinois, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

That Defendant Maria Avila's next court date is currently set for the date of August 28,

2008, at 9:15 am., and that the United States Marshal pursuant to 18 USC §4285 is to arrange for

the Defendant's non-custodial transportation or furnish the round trip fare for transportation from

El Paso, Texas, to Chicago, Illinois, and furnish the Defendant with the amount of money for

1

subsistence expenses for purposes of attending court on August 28 2008.  Said cost is to be

paid out of the funds authorized by the Attorney General for such travel and subsistence expense.

Certification of this Order shall be without cost.


ENTER:  August 18, 2008


_____
JUDGE


Linda Amdur
Attorney for Defendant Maria Avila
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999
FAX (312) 922-4999